**Order entered February 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-00987-CV

---

### IN RE DAVID E. MARTIN, Relator

---

### Original Proceeding from the 397th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 07-1232-397

---

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT IN PART** relator's petition for writ of mandamus and **DIRECT** the trial court to vacate the January 11, 2016 enforcement order. We **DENY** relator's petition for writ of mandamus as to the trial court's denial of relator's motion to dismiss the grandparents' motion to modify.

We **ORDER** the trial judge to file with this Court, within fifteen (15) days of the date of this order, a certified copy of its order issued in compliance with this order. Should the trial court fail to comply with this order, the writ will issue.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE